UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUSAN GARCIA BADARACCO, individually,

          Plaintiff,

vs.                         Case No. 2:05-cv-248-FtM-29DNF

RICARDO GARCIA BADARACCO, individually, HERMES INVESTMENT CO., INC., a Delaware corporation and ATRUKA, INC., a Delaware corporation,

          Defendants.
_____/

## OPINION AND ORDER

This matter comes before the Court on review of the file. On June 30, 2005, the Court entered an Order (Doc. #18) granting plaintiff an extension of time to respond to defendants Hermes Investment Co., Inc. and Atrukay, Inc.'s Motion to Dismiss the Complaint for Failure to State a Claim for Fraud and Failure to Join an Indispensable Party (Doc. #16), and directing plaintiff to also address the issue of jurisdiction therein. On July 12, 2005, plaintiff filed a Motion to Remand (Doc. #19). Plaintiff also filed a Notice of Filing Affidavit (Doc. #20) on July 18, 2005. On July 26, 2005, defendants filed a Response (Doc. #21) essentially stating no opposition to the remand.

Plaintiff argues that the existence of a citizen of Argentina on both sides defeats diversity jurisdiction.  Plaintiff has submitted an Affidavit (Doc. #20) clarifying that she is in fact a resident and citizen of Argentina.  Plaintiff further references the Affidavit (Doc. #1, Ex. C) submitted in support of the Notice of Removal (Doc. #1) to further establish that defendant Ricardo Garcia Badaracco is in fact a citizen and resident of Argentina. The Court finds, based on <u>Iraola & CIA, S.A. v. Kimberly-Clark Corp.</u>, 232 F.3d 854, 860 (11th Cir. 2000) and <u>Universal Licensing Corp. v. Paola Del Lungo S.p.A.</u>, 293 F.3d 579, 580-81 (2d Cir. 2002), that diversity is not present and that no other independent basis for subject-matter jurisdiction exists.  Therefore, the case will be remanded.

Accordingly, it is now

**ORDERED**:

1.  Plaintiff's Motion to Remand (Doc. #19) is **GRANTED.**

2.  Defendants' Motion to Dismiss the Complaint for Failure to State a Claim for Fraud and Failure to Join an Indispensable Party (Doc. #16) shall be terminated as a pending motion.

3.  The Clerk of the Court is directed to remand this case to the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, and to transmit a certified copy of this Opinion and Order to the Clerk of that Court.

4.  The Clerk is directed to close this case and terminate all pending deadlines as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this  27th  day of July, 2005.

Copies:
Counsel of record
DCCD

                                              _____
                                              JOHN E. STEELE
                                              United States District Judge